IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEARCY BUSH,

       Plaintiff,

vs.                              CASE NO.: 4:06cv415-SPM/WCS

CITY OF TALLAHASSEE,

       Defendants.

_____/

## ORDER DISMISSING COUNT SIX

     Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice (doc.

73), Count Six of Plaintiff's second amended complaint is dismissed with

prejudice.  Each party shall bear its own costs and fees incurred on Count Six.

     SO ORDERED this 1st day of May, 2007.


                  _s/ Stephan P. Mickle_____

                  Stephan P. Mickle
                  United States District Judge